# PD-0194-15

NO._____

| WILLIAM PAUL LANGRUM,II, | § | IN THE TEXAS COURT |
|---|---|---|
| V | § | OF CRIMINAL APPEALS |
| | § | AT AUSTIN |
| THE STATE OF TEXAS | § | |

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

## APPELLANT'S MOTION FOR EXTENTION TO FILE
## HIS PETITION FOR DISCRETIONARY REVIEW (PDR)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, petitioner William Paul Langrum, respectfully present's this motion for extention of time to file his Petition for Discretionary Review, (PDR) to challenge the decision of the Fifth Dsitrict Court of Dallas, Cause NO. **05-13-01489-CR**, in support would show the following support thereof;

FILED IN
COURT OF CRIMINAL APPEALS

FEB 20 2015

Abel Acosta, Clerk

I.

Petitioner was convicted in Cause No. **F11-60330-L** for the offense of Capital Murder, and confined to life without parole.

II.

The court of appeals affirmed petitioner's appeal, February 2, 2015, and his (PDR) is due Marvh 4, 2015, and because of the limited use of the Law library, and with the yearly lock-down that set to take place any day now, petitioner respectfully ask that the court grant him an additional **(60)**- days to properly prepare his petition, extending the date to May 3,2015.

WHEREFORE PRIMISES CONSIDERED, petitioner respectfully presents this motion and pray that this Honorable court grant an extention of time as requested.

RESPECTFULLY SUBMITTED,

*William Paul Langrum II*

WILLIAM PAUL LANGRUM,II

(1)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing notion has been sent to Lori Ordiway, assistant District Attorney for the Dallas Court, at 133 N.Riverfront Blvd, Dallas Texas, 75207 by first class U.S. Mail of this day the 10 day of February 2015.

*William Paul Langrum II*
WILLIAM PAUL LANGRUM, II
TDCJ-ID NO.# 1884962
ALLEN POLUNSKY UNIT
3872 F.M.350 SOUTH
LIVINGSTON, TEXAS 77351

(2)